**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE YANKEE CANDLE COMPANY, INC., a Massachusetts corporation, | ) ) ) ) ) |
| Defendant. | ) |

Civil Action No.

**JURY TRIAL DEMANDED**

**COMPLAINT**

Plaintiff, Design Ideas, Ltd., by its attorneys and for its complaint against defendant, alleges upon information and belief as follows:

**NATURE OF THE ACTION**

1.      This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*. The claims arise out of defendant's actions with respect to certain products designed, developed, owned, marketed, sold and copyrighted by plaintiff, as more fully described herein.

**JURISDICTION AND VENUE**

2.      This Court has exclusive jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a).

3.      Venue in this District is proper pursuant to 28 U.S.C. § 1391(b) and (c).

1

**THE PARTIES**

4.      Plaintiff Design Ideas, Ltd. ("Design Ideas"), is an Illinois corporation, and maintains its principal place of business at 2521 Stockyard Road, Springfield, Illinois. Design Ideas creates and distributes decorative housewares, giftware and office accessories, incorporating artistic and aesthetically pleasing designs, which it distributes nation-wide.

5.      Defendant The Yankee Candle Company, Inc. (hereinafter "Yankee Candle"), is a Massachusetts corporation, with principal office located at 16 Yankee Candle Way in South Deerfield, Massachusetts. Yankee Candle is a candle maker, which also owns and/or controls retail stores nation-wide to sell its candles and related goods. Yankee Candle owns and/or controls the store located at the White Oaks Mall at 2501 West Wabash Street in Springfield, Illinois, at which some of the tortious events averred herein occurred.

**DESIGN IDEAS' INTELLECTUAL PROPERTY**

6.      Design Ideas was founded in 1983 in Springfield, Illinois, where it is still located. Design Ideas creates and distributes aesthetically pleasing and affordable accessories for home and office, employing a creative staff of artists and industrial designs in Springfield. In mid-2000, Design Ideas' designers began work on a series of nautical-themed glass sculptures with a slot to hold a votive candle, which it ultimately entitled "Regatta." Design Ideas is the sole owner of the copyrights in these works. Two of Design Ideas' Regatta sculptures are depicted below:



7. Over the years, Design Ideas has distributed tens of thousands of its Regatta sculptures to "big-box" and single location retailers throughout the country, offering and publicizing them in catalogs, show rooms and at trade shows. End retailers often encounter Design Ideas' goods at trade shows, where they order samples or large quantities of goods for resale to the public. Design Ideas annually distributes multiple catalogs to its customers and those requesting samples. Yankee Candle knows Design Ideas and its goods well, having ordered samples and purchased resale quantities of goods from Design Ideas in the thousands and having received Design Ideas' catalogs over the years.

8. Design Ideas applied to register its copyrights in its Regatta sculptures with the United States Copyright Office on February 27 and August 30, 2006, ultimately receiving Registration No. VA 1-427-637. A true and correct copy of Design Ideas' said copyright registration and pertinent pages from the deposit / identifying material is filed herewith, marked as Exhibit A, and made by reference a part hereof.

**YANKEE CANDLE'S INFRINGING ACTIVITIES**

9.  Yankee Candle has distributed in the Central District of Illinois two glass sculptures with a slot for a votive candle, depicted below:



10.  On May 22, 2010, a representative of Design Ideas purchased the Yankee Candle glass sailboats depicted above in paragraph 9 from the Yankee Candle Store located at the White Oaks Mall at 2501 West Wabash Street in Springfield, Illinois.  A true and correct copy of the purchase sales receipt the Design Ideas representative received on that day from the Yankee

Candle clerk is depicted below:



11.     On or about November 30, 2004, Yankee Candle ordered two samples of certain Design Ideas' Regatta sculptures, which were shipped to Ms. Peggy Wright at Yankee Candle Company in South Deerfield, Massachusetts, on or shortly after that date.  Yankee Candle received Design Ideas' annual catalogs in 2004, 2005, 2006 and 2007, which contained photographs of several of its Regatta sculptures, including the Regatta sculptures in suit.

12.     Yankee Candle has reproduced and distributed copies, if not also prepared derivatives of Design Ideas' Regatta sculptures, including the two depicted above in paragraph 9. Yankee Candle had direct access to the Regatta sculptures from its ordering and receiving

5

samples of same and Design Ideas' catalogs showing same.  Yankee Candle copied nearly exactly Design Ideas' Regatta sculptures.  Design Ideas never authorized Yankee Candle to reproduce, distribute or make derivatives of its Regatta sculptures.  Yankee Candle thus willfully and egregiously infringes Design Ideas' exclusive reproduction, distribution and derivative rights in Design Ideas' Regatta sculptures with its unauthorized copies.

## COUNT I

## INFRINGEMENT OF DESIGN IDEAS' COPYRIGHT

13.     Design Ideas re-alleges and incorporates by reference paragraphs 1 through 12 above as though fully set forth herein.

14.     Yankee Candle's product numbers 1188667 and 1188666 sailboat sculptures depicted in paragraph 9 above are unauthorized reproductions and/or adaptations of Design Ideas' original Regatta sculptures.

15.     Yankee Candle has distributed and offered to distribute unauthorized copies and/or derivatives of Design Ideas' copyrighted Regatta sculptures.

16.     Yankee Candle had direct access to and knowledge of Design Ideas' original Regatta sculptures, which it copied into the sculptures shown in paragraph 9 above.

17.     Yankee Candle's acts constitute willful infringement of Design Ideas' copyrights in violation of 17 U.S.C. §§ 106(1), (2) and (3), 501(a) and 602(a).  By reason of Yankee Candle's willful infringement, Design Ideas has sustained substantial and irreparable injury, loss and damages.

**WHEREFORE**, Design Ideas, Ltd., prays that this Court grant the following relief:

A.     A judgment that The Yankee Candle Company, Inc., willfully infringed Design Ideas, Ltd.'s copyrights in its original, copyrighted Regatta sculptures;

B.	A permanent injunction against The Yankee Candle Company, Inc., its owners, officers, agents, employees, parent and subsidiary operations, assigns, successors in interests and all persons in active participation or concert with them or any of them, enjoining them from continued acts of infringement of Design Ideas, Ltd.'s Regatta sculptures in any manner, including, but not limited to enjoining them from copying, adapting, distributing, selling, marketing, importing or placing in interstate commerce any reproductions or derivatives of Design Ideas, Ltd.'s said works, including, but not limited to The Yankee Candle Company, Inc., product numbers 1188667 and 1188666;

C.	An accounting for damages, and judgment thereon, resulting from The Yankee Candle Company, Inc.'s infringement of Design Ideas' works, or alternatively an award of enhanced statutory damages in an amount of $150,000 for each of Design Ideas, Ltd.'s two copyrighted Regatta works depicted in paragraph 9, trebled, together with pre-judgment and post-judgment interest;

D.	A judgment against The Yankee Candle Company, Inc., for Design Ideas, Ltd.'s attorneys' fees and costs pursuant to 17 U.S.C. § 505;

E.	An order in favor of Design Ideas and against The Yankee Candle Company, Inc., for the impoundment and destruction of all infringing copies pursuant to 17 U.S.C. § 503; and

F.	Such other and further relief, which this Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff Design Ideas, Ltd., hereby demands a jury trial on all issues triable of right by jury.

Respectfully submitted,

**DESIGN IDEAS, LTD.**,

by its attorneys,

**LONDRIGAN, POTTER & RANDLE, P.C.**

James R. Potter
1227 S. Seventh Street
Springfield, Illinois  62703
(217) 544-9823

and

**SAIDMAN DESIGNLAW Group, LLC**

Dated:  August 20, 2010

By:  /s/Garfield Goodrum
Garfield Goodrum, Principal
8601 Georgia Avenue, Suite 603
Silver Spring, MD  20910
(301) 585-8601
Fax: (301) 585-0138
garfield.goodrum@designlawgroup.com