E-FILED
Friday, 08 April, 2011 04:12:35 PM
Clerk, U.S. District Court, ILCD

# GOODRUM DECLARATION EX. B



## DUPLICATE INVOICE #  514378

**SOLD TO**

Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Rae Ann Romero
S Deerfield, MA 01373
Paula Betters
4136658899

**SHIP TO**

Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Peggy Wright
S Deerfield, MA 01373

| ORDER NO | ORDER DATE | CUST NO | LOC | SLSMN | PURCHASE ORD. NO. | JOB NO | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00407850 | 20041130 | 000000127414 | 01 | L5A | SAMPLES | ELDH | RT | |

| QTY ORDER/BO | QTY SHIP/RETURN | ITEM NO/DESCRIPTION | UNIT PRICE | UOM DISC | NET PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 559304 | 15.0000 | EA | 15.00 |
| | | Aviara Floor Lantern-Sm-Black | | 0 | |
| | | TRUCK FREIGHT ONLY   SQ4/4 | | | |
| 1 | 1 | 559314 | 25.0000 | EA | 25.00 |
| | | Aviara Floor Lantern-Med-Black | | 0 | |
| | | TRUCK FREIGHT ONLY   SQ2/2 | | | |
| 1 | 1 | 559324 | 40.0000 | EA | 40.00 |
| | | Aviara Floor Lantern-Lg-Black | | 0 | |
| | | TRUCK FREIGHT ONLY   SQ2/2 | | | |
| 1 | 1 | 700318 | 6.0000 | EA | 6.00 |
| | | House Lantern-Small-Asst | | 0 | |
| | | SQ6/12 | | | |
| 1 | 1 | 751408 | 6.0000 | EA | 6.00 |
| | | Regatta-Asst Blues | | 0 | |
| | | SQ6/36 | | | |
| 1 | 1 | 785858 | 7.0000 | EA | 7.00 |
| | | Bottle Lantern-Pillar-Sm-Asst | | 0 | |
| | | SQ4/16 | | | |
| 1 | 0 | 787401 | 2.0000 | EA | 0.00 |
| | | Cabana Votive-Asst | | 0 | |
| | | SQ12/48 | | | |
| 1 | 1 | 812531 | 7.5000 | EA | 7.50 |
| | | Sunninghill Lantern-Small | | 0 | |
| | | SQ6/36 | | | |

P.O. Box 2967 ▪ Springfield, IL 62708 ▪ P 217.753.3081  F 217.753.3080 ▪ designideas@designid.com

# DUPLICATE INVOICE # 514378

**SOLD TO**

Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Rae Ann Romero
S Deerfield, MA 01373
Paula Betters
4136658899

**SHIP TO**

Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Peggy Wright
S Deerfield, MA 01373

| ORDER NO | ORDER DATE | CUST NO | LOC | SLSMN | PURCHASE ORD. NO. | JOB NO | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00407850 | 20041130 | 000000127414 | 11 | L5A | SAMPLES | ELDH | RT | |
| **QTY ORDER/BO** | **QTY SHIP/RETURN** | **ITEM NO/DESCRIPTION** | | | **UNIT PRICE** | **UOM DISC** | | **NET PRICE** |
| 1 | 1 | 812541 | | | 15.0000 | EA | | 15.00 |
| | | Sunninghill Lantern-Large | | | | 0 | | |
| | | SQ6/12 | | | | | | |
| 1 | 1 | 856398 | | | 3.0000 | EA | | 3.00 |
| | | Camille Votive-Asst | | | | 0 | | |
| | | SQ12/36 | | | | | | |
| 1 | 1 | COMMENTS | | | 0.0000 | EA | | 0.00 |
| | | COMMENTS ATTACHED | | | | 0 | | |

| | | | | |
|---|---|---|---|---|
| | *ALL BACKORDERS UNDER $75 OVER 60 DAYS OLD WILL BE CANCELLED UNLESS YOU SPECIFY OTHERWISE.* | | **SALE AMOUNT** | 124.50 |
| | | | **FREIGHT AMOUNT** | 103.06 |
| | | | **MISC AMOUNT** | 0.00 |
| | **TERMS** 1 | | **TOTAL** | 227.56 |

P.O. Box 2967 ■ Springfield, IL 62708 ■ P 217.753.3081 F 217.753.3080 ■ designideas@designid.com



## DUPLICATE INVOICE # 514912

**SOLD TO**
Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Rae Ann Romero
S Deerfield, MA 01373
Paula Betters
4136658899

**SHIP TO**
Yankee Candle Company
16 Yankee Candle Way YCO
Attn: Peggy Wright
S Deerfield, MA 01373

| ORDER NO | ORDER DATE | CUST NO | LOC | SLSMN | PURCHASE ORD. NO. | JOB NO | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|---|---|
| 00407850 | 20041130 | 000000127414 | 01 | L5A | SAMPLES | ELDH | BW | |

| QTY ORDER/BO | QTY SHIP/RETURN | ITEM NO/DESCRIPTION | UNIT PRICE | UOM DISC | NET PRICE |
|---|---|---|---|---|---|
| 1 | 1 | 751401F | 6.0000 | EA | 6.00 |
| | | Regatta-White Frost/Clear | | 0 | |
| | | SQ6/36 | | | |
| 1 | 1 | 787401 | 2.0000 | EA | 2.00 |
| | | Cabana Votive-Asst | | 0 | |
| | | SQ12/48 | | | |

*ALL BACKORDERS UNDER $75 OVER 60 DAYS OLD WILL BE CANCELLED UNLESS YOU SPECIFY OTHERWISE.*

| | |
|---|---|
| SALE AMOUNT | 8.00 |
| FREIGHT AMOUNT | 5.57 |
| MISC AMOUNT | -5.57 |
| TOTAL | 8.00 |

**TERMS** 1

P.O. Box 2967 ▪ Springfield, IL 62708 ▪ P 217.753.3081  F 217.753.3080 ▪ designideas@designid.com